UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WELLS,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>  Defendant. | Case No. 14-CV-02260-VC<br><br>**ORDER UPON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**AS MODIFIED** |

The Court, having reviewed the Stipulation to Continue Case Management Conference ("Stipulation") between Plaintiff PETER WELLS and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, erroneously sued and served as The Prudential Life Insurance Company of America ("Prudential"), finds that good cause exists to enter an order approving said Stipulation.

IT IS HEREBY ORDERED AS FOLLOWS:

The Case Management Conference currently set for September 16, 2014, at 10:00 a.m. is continued to October 14, 2014, at 10:00 a.m. Discovery may proceed immediately.

Dated: September 5, 2014

Hon. Vince Chhabria
Judge, United States District Court

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

0.0

1

Case No. 14-CV-02260-VC
ORDER UPON STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE