UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER WELLS,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

Case No. 14-cv-02260-VC

**ORDER RE DISCOVERY**

In their case management statement, the parties disagree about the need for discovery. The Court rules that Plaintiff Peter Wells may conduct discovery designed to determine whether a conflict of interest infected the decision to deny his claim. For example, Wells may conduct discovery about statistics regarding Defendant Prudential Insurance Company's claim-handling history, about whether the people involved in the decision to deny Wells' claim had any financial incentive to do so, and about any directions received by those people about how to handle claims.

**IT IS SO ORDERED**.

Dated: October 14, 2014

VINCE CHHABRIA
United States District Judge