# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WELLS,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　Defendant. | Case No. 3:14-CV-02260-VC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND ALL RELATED DATES |

The Court, having reviewed the Stipulation to Continue Trial and Related Dates between Plaintiff Peter Wells and Defendant The Prudential Insurance Company of America finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The deadline for discovery cut-off is continued to June 30, 2015;
2. The briefing schedule is as follows:

Plaintiff's motion filed: August 21, 2015;

Defendants' opposition and motion filed: September 4, 2015;

1     Plaintiff's opposition and reply filed: September 15, 2015;

2     Defendants' reply filed: September 24, 2015; and

3     3.    The bench trial date is continued to October 8, 2015 at 10:00 a.m.

5     **IT IS SO ORDERED.**

7     Dated: March 13, 2015

8     Hon. Vince Chhabria
United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

142442.1

2

Case No. 3:14-CV-02260-VC
[PROPOSED] ORDER GRANTING
STIPULATION TO CONTINUE TRIAL AND
ALL RELATED DATES