LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

144275.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WELLS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. CV 14-02260 VC<br><br>**ORDER UPON STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE** |

　　　The Court, having reviewed the Stipulation to Dismiss the Entire Case with Prejudice between Plaintiff Peter Wells and Defendant The Prudential Insurance Company of America finds that good cause exists to enter an order approving said Stipulation.

　　　Accordingly, IT IS HEREBY ORDERED as follows:

　　　1.　This action, Case No. CV-14-02260-VC, is dismissed in its entirety as to all defendants, with prejudice; and

　　　2.　Each party shall bear its own attorneys' fees and costs in this matter.

　　　**IT IS SO ORDERED.**

Dated: July 2, 2015

_____
Hon. Vince Chhabria
Judge, United States District Court

1　Case No.  CV 14-02260 VC
ORDER UPON STIPULATION TO DISMISS
THE ENTIRE CASE WITH PREJUDICE